```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,            )
                                     )
              Plaintiff,             )
                                     )
         v.                          )    Criminal No. 2018-30
                                     )
PAUL GIRARD, SHAQUAN PRENTICE,       )
ROBERT BROWN, WAHILLI JAMES,         )
SHAQUIELLE CORREA, JAMES CRUZ,       )
KAREEM HARRY, TYLER EUGENE,          )
ETHERNEAL SIMON, SHERMYRA GUMBS,     )
WAYNE BELLILLE,                      )
                                     )
              Defendants.            )
```

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**George A Massucco-LaTaif, AUSA**
**Meredith Jean Edwards, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
**Alphonso G. Andrews, AUSA**
United States Attorney's Office
Christiansted, U.S.V.I.
   *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
   *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
   *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
   *For Robert Brown,*

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
    *For Tyler Eugene,*

**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

**ORDER**

**GÓMEZ, J.**

On October 15, 2019, the Court held a telephonic status conference with the parties in this matter and the Coordinating Discovery Attorney ("CDA"). At that conference, the Court addressed efforts to facilitate the Defendants' access to discovery at the Metropolitan Detention Center in Guaynabo, P.R. ("MDC Guaynabo").

On October 16, 2019, the United States filed a notice regarding the accessibility of the discovery in this matter at MDC Guaynabo. In that notice, the United States confirmed that Defendants have access to the discovery room at MDC Guaynabo seven days a week, from 7:00 a.m. to 4:00 p.m. and 5:30 p.m. to 8:30 p.m., excluding holidays and when unit 4C has social visits.

Additionally, the United States informed the parties and the Court that MDC Guaynabo would accept 128 GB DOJ wallet flash drives containing discovery. The United States indicated that it would be acceptable for such drives to be produced directly by the CDA if provided to the CDA by the United States. The United States also indicated that, upon order of the Court, MDC Guaynabo would accept an external flash drive larger than 128 GB provided by the CDA.

On October 24, 2019, the Defendants jointly requested the Court to issue an order requiring the United States, through its component MDC Guaynabo, to accept such external flash drives from the CDA and to make those drives available to the Defendants for review.

The premises considered, it is hereby

**ORDERED** that the Defendants' motion, ECF No. 545, is **GRANTED**; it is further

**ORDERED** that the United States, through its component MDC Guaynabo, shall accept USB flash drives containing global discovery provided by the CDA; and it is further

**ORDERED** that the United States, through its component MDC Guaynabo, shall make such flash drives available for review by the Defendants in the discovery room.

S\_____
       **Curtis V. Gómez**
       **District Judge**