```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
          v.                       )    Criminal No. 2018-30
                                   )
PAUL GIRARD, SHAQUAN PRENTICE,     )
ROBERT BROWN, WAHILLI JAMES,       )
SHAQUIELLE CORREA, JAMES CRUZ,     )
KAREEM HARRY, TYLER EUGENE,        )
ETHERNEAL SIMON, SHERMYRA GUMBS,   )
WAYNE BELLILLE,                    )
                                   )
          Defendants.              )
_____)
```

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**George A Massucco-LaTaif, AUSA**
**Meredith Jean Edwards, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
    *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
    *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
    *For Robert Brown,*

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
    *For Tyler Eugene,*

**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

**ORDER**

**GÓMEZ, J.**

The Court has held several status conferences in this matter addressing efforts to facilitate the Defendants' access to discovery at the Metropolitan Detention Center in Guaynabo, Puerto Rico ("MDC Guaynabo"). Most recently, on November 7, 2019, the Court held a status conference in which the Court and the parties discussed ongoing issues hampering the Defendants' access to discovery at MDC Guaynabo. During that conference, defense counsel expressed concerns that their clients were not being permitted sufficient access to the discovery room at MDC Guaynabo due to various security concerns and practical or other difficulties.

The resolution of discovery issues in this case has been made more challenging without the input of representatives from MDC Guaynabo who possess: (1) knowledge of what accommodations are currently being provided to facilitate the Defendants' access to discovery; and, (2) authority to provide appropriate accommodations to facilitate the Defendants' access to discovery in this case.

The premises considered, it is hereby

**ORDERED** that the status conference in this matter previously scheduled to commence at 9:00 A.M. on November 19,

2019, is hereby **RESCHEDULED** to commence promptly at 10:30 A.M. on November 19, 2019; and it is further

**ORDERED** that the United States shall, through such process as is necessary, procure the attendance of such representatives from the Department of Justice Bureau of Prisons who possess: (1) knowledge of what accommodations are currently being provided to facilitate the Defendants' access to discovery; and, (2) the authority to provide appropriate accommodations to facilitate the Defendants' access to discovery in this case.

                               S_____
                                     **Curtis V. Gómez**
                                     **District Judge**