DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2018-30 |
| | ) | |
| PAUL GIRARD, SHAQUAN PRENTICE, | ) | |
| ROBERT BROWN, WAHILLI JAMES, | ) | |
| SHAQUIELLE CORREA, JAMES CRUZ, | ) | |
| KAREEM HARRY, TYLER EUGENE, | ) | |
| ETHERNEAL SIMON, SHERMYRA GUMBS, | ) | |
| WAYNE BELLILLE, | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**George A Massucco-LaTaif, AUSA**
**Meredith Jean Edwards, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
   *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
   *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
   *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
   *For Robert Brown,*

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
    *For Tyler Eugene,*

**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

**ORDER**

**GÓMEZ, J.**

This case commenced on September 13, 2018, when the Grand Jury returned a seven-count indictment against three defendants. Since then, the Grand Jury has returned several superseding indictments that added additional defendants and charges.

On January 17, 2019, the Grand Jury returned a Third Superseding Indictment charging eleven defendants with 47 counts. After each defendant had been arraigned, the trial in this matter was first set for April 29, 2019. Thereafter, on April 5, 2019, the Court entered an order granting the motion of the United States to extend the time within which the trial in this matter must be initiated. In that order, the Court set the trial for July 29, 2019.

On April 25, 2019, the Grand Jury returned a Fourth Superseding Indictment. Subsequently, trial was set for September 23, 2019.

On July 31, 2019, the Court entered an order extending the time within which the trial in this matter must be initiated. On the same date, the Court set the trial for December 3, 2019. Thereafter, the Court set several new dates. Ultimately, on December 4, 2019, the Court set the trial in this matter for February 18, 2020. In the same order, the Court set January 8,

2020, as the date by which motions must be filed. In that order, the Court also scheduled a motions hearing for February 3, 2020.

Various Counsel in this case request continuances of the trial date and/or motions hearing date. In a case such as this, involving many defendants and covering many counts, the Court must be cognizant of the imperatives of the Speedy Trial Act and the rights of each defendant to a speedy trial. *See, e.g., United States v. Rankin*, 779 F.2d 956, 959-60 (3d Cir. 1986).

The premises considered, it is hereby

**ORDERED** that, by no later than 5:00 p.m. on January 27, 2020, each Counsel who has requested a continuance shall file a written document bearing the signature of each Counsel and such Counsel's respective client certifying the following: (1) that each Counsel has informed his or her respective client that a continuance is being sought on the client's behalf, which continuance, if granted, may be longer than what is requested; (2) that each Counsel's respective client who is incarcerated has been informed that such Defendant will remain incarcerated for the duration of any continuance that may be granted; (3) that each affected Defendant has been informed that the current trial date will be delayed if a continuance is granted; and (4) that each affected Defendant indicated to his or her Counsel

that the respective Defendant agrees with such Counsel's efforts to seek a continuance; it is further

**ORDERED** that a status conference in this matter is hereby **SCHEDULED** to commence promptly at 10:00 A.M. on February 4, 2020, in St. Thomas Courtroom 1 before District Judge Curtis V. Gomez; and it is further

**ORDERED** that the omnibus hearing in this matter previously scheduled for February 3, 2020, is hereby **RESCHEDULED** to commence promptly at 9:00 A.M. on February 18, 2020.

                                                              S\_____
                                                                **Curtis V. Gómez**
                                                                **District Judge**